# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### DOCKET NO. 3:99-cr-60-3-FDW

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v | ) | |
| | ) | |
| SHAWN ALAN CONNOR | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

**THIS MATTER** is before the Court on Defendant's *pro se* motion (Doc # 168) for "further reduction" of his sentence pursuant to 18 U.S.C. § 3582(c)(2). Defendant's motion is **DENIED.** As stated in Document #167, there was a reduction of two levels. Previous Offense Level was 35 and the Amended Offense Level 33. The defendant is also serving a consecutive sentence of 60 months in Count #4, a violation of U.S.C.§ 924(c).

**IT IS SO ORDERED**.

Signed: July 8, 2010

Frank D. Whitney
United States District Judge