# IN THE UNTIED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## DOCKET NO: 3:99CR60

**UNTIED STATES OF AMERICA**

      vs.                                        **ORDER**

**SHAWN ALAN CONNOR,**
**Defendant,**

_____

**THIS MATTER** is before the Court on Defendant's motion (Doc.# 200) for "reconsiderations" of sentence pursuant to 18 U.S.C.§ 3582(c)(2) and the Reduced sentence based upon Amendment 782 guidelines.

The U. S. Probation Office is directed to prepare a Supplemental Presentence Investigation Report to determine whether any retroactive Amendments to the U. S. Sentencing Guidelines have any affect on the Defendant's original Sentencing Guideline range.

**IT IS SO ORDERED:**

                                      Signed: February 5, 2015

                                      Frank D. Whitney
                                      Chief United States District Judge